

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Chester Arther Hall Jr.,

Vs. No. 11-19-00402-CR

The State of Texas,

\* From the 441st District Court
of Midland County,
Trial Court No. CR52855.

\* September 3, 2020

\* Memorandum Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court as to Count I, and we render a judgment of acquittal as to that count. We modify the trial court's judgment as to Count II, the order to withdraw funds, and the bill of cost so as to delete the imposition of the court-appointed attorney's fees in the amount of $750 and the court reporter's record fee of $509.50. As modified, we affirm the judgment of the trial court as to Count II.